1  Yasha Bronshteyn, Esq.
   Ginzburg & Bronshteyn, LLP
2  11111 Santa Monica Boulevard, Suite 1840
   Los Angeles, CA 90025
3  Tel. (310)914-3222
   Fax (310)914-4242
4  SBN: 210248

*E-FILED - 12/23/09*

5  Julie Cohen Lonstein, Esq.
   Lonstein Law Office, P.C.
6  1 Terrace Hill, P.O. Box 351
   Ellenville, NY 12428
7  Tel. (845) 647-8500
   Fax (845) 647-6277

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

-----------------------------------------------------------------

**SQUARE RING, INC.,**
                    Plaintiff,

**ORDER OF DISMISSAL**
Civil Action No. 5:09-CV-2769
HON. RONALD M. WHYTE

    -against-

SARA ANGULO and VICTOR MANUEL
ANGULO, Individually, and d/b/a DON PEDROS
RESTAURANT, a/k/a DON PEDRO'S, and DON
PEDROS RESTAURANT, a/k/a DON PEDRO'S
                    Defendants.

-----------------------------------------------------------------

The above-styled and numbered cause of action having been filed with the Court, and the plaintiffs Notice for Dismissal dated December 18, 2009, having been considered it is, therefore, **ORDERED** that the above matter, be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**SO ORDERED** this 23 day of DECEMBER, 2009

_____
**HON. RONALD M. WHYTE**
**United States District Judge**